**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PAUL R. ENGEL | ) | |
| | ) | No.  18-13996 |
| | ) | Chapter 13 (Geneva) |
| Debtor | ) | Honorable Janet S. Baer |
| | ) | Hearing Date:  12/2/2022, 9:30 a.m. |

## NOTICE OF MOTION

To:    See attached Service List.

YOU ARE HEREBY NOTIFIED that on December 2, 2022, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before The Honorable Judge Janet S. Baer via Zoom For Government Meeting ID: 160 731 2971 Passcode: 587656, and then and there present for hearing the attached **MOTION FOR RELIEF FROM STAY PURSUANT TO SECTION 362 AND FOR RELIEF FROM THE CO-DEBTOR STAY PURSUANT TO SECTION 1301 OF THE BANKRUPTCY CODE** at which time and place you may appear as you see fit to do.

_____
Benjamin J. Rooney

## PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Oakbrook Terrace, Illinois addressed to the parties appearing above on the 18th day of November 2022, with proper postage prepaid.

_____
Benjamin J. Rooney

#6308111
Benjamin J. Rooney
COSTELLO SURY & ROONEY, P.C.
One Lincoln Centre, Suite 1670
Oakbrook Terrace, Illinois 60181
brooneyr@csrlawfirm.com
(630) 690-6446

1

## SERVICE LIST

Paul R. Engel                                    *By 1ˢᵗ class mail, Deposited*
P. O. Box 6034                                   *in the U.S. Mail at Wheaton, IL*
Woodridge. IL 60517                              *with proper postage prepaid*


Gerald Bauer, Jr.                                *By ECF Electronic Delivery*
Law Offices of Gerald Bauer Jr.
400 N. Schmidt Rd., Ste. 207
Bolingbrook, IL 60440


Glenn B Stearns                                  *By ECF Electronic Delivery*
801 Warrenville Road Suite 650
Lisle, IL 60532


Patrick S Layng                                  *By ECF Electronic Delivery*
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604