# POST-PETITION ACCOUNT

## Owner Payment History

**WOODRIDGE CENTER TOWN HOME OWN**  Run Date: 10/12/2022
Paul Engel Post 5.14.18  Run Time: 03:16 PM
13 Penny Royal Place
Woodridge IL 60517
LOT: 54 - ACCOUNT: 49054
As of 10/12/2022

| Date | Payments | Description | Code | Amount | Balance |
|---|---|---|---|---|---|
| 6/1/2018 | | Apply Charges | A1 - ASSESSMENT | $168.00 | |
| 6/12/2018 | $2.00 | Cash Receipts - Lockbox | PP - Credit-Prepaid | ($2.00) | |
| 6/12/2018 | $168.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($168.00) | |
| 7/1/2018 | | Apply PrePaids | A1 - ASSESSMENT | ($2.00) | |
| 7/1/2018 | | Apply Charges | A1 - ASSESSMENT | $168.00 | |
| 7/18/2018 | | Apply Late Fee | 01 - Late Fees | $20.00 | |
| 7/20/2018 | $20.00 | Cash Receipts - Lockbox | 01 - Late Fees | ($20.00) | |
| 7/20/2018 | $166.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($166.00) | |
| 8/1/2018 | | Apply Charges | A1 - ASSESSMENT | $168.00 | |
| 8/15/2018 | $168.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($168.00) | |
| 9/1/2018 | | Apply Charges | A1 - ASSESSMENT | $168.00 | |
| 9/14/2018 | $168.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($168.00) | |
| 10/1/2018 | | Apply Charges | A1 - ASSESSMENT | $168.00 | |
| 10/12/2018 | $168.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($168.00) | |
| 11/1/2018 | | Apply Charges | A1 - ASSESSMENT | $168.00 | |
| 11/20/2018 | | Apply Late Fee | 01 - Late Fees | $20.00 | |
| 11/26/2018 | $20.00 | Cash Receipts - Lockbox | 01 - Late Fees | ($20.00) | |
| 11/26/2018 | $148.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($148.00) | |
| 11/26/2018 | $20.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($20.00) | |
| 12/1/2018 | | Apply Charges | A1 - ASSESSMENT | $168.00 | |
| 12/14/2018 | $168.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($168.00) | |
| 1/1/2019 | | Apply Charges | A1 - ASSESSMENT | $193.00 | |
| 1/7/2019 | $193.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($193.00) | |
| 2/1/2019 | | Apply Charges | A1 - ASSESSMENT | $193.00 | |
| 2/15/2019 | $193.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($193.00) | |

| Date | Payments | Description | Code | Amount | Balance |
|---|---|---|---|---|---|
| 3/1/2019 | | Apply Charges | A1 - ASSESSMENT | $193.00 | |
| 3/15/2019 | $193.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($193.00) | |
| 4/1/2019 | | Apply Charges | A1 - ASSESSMENT | $193.00 | |
| 4/12/2019 | $193.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($193.00) | |
| 5/1/2019 | | Apply Charges | A1 - ASSESSMENT | $193.00 | |
| 5/10/2019 | $193.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($193.00) | |
| 6/1/2019 | | Apply Charges | A1 - ASSESSMENT | $193.00 | |
| 6/21/2019 | $193.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($193.00) | |
| 6/21/2019 | | Apply Late Fee | 01 - Late Fees | $20.00 | |
| 7/1/2019 | | Apply Charges | A1 - ASSESSMENT | $193.00 | |
| 7/19/2019 | $193.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($193.00) | |
| 8/1/2019 | | Apply Charges | A1 - ASSESSMENT | $193.00 | |
| 8/16/2019 | $193.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($193.00) | |
| 9/1/2019 | | Apply Charges | A1 - ASSESSMENT | $193.00 | |
| 9/13/2019 | $193.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($193.00) | |
| 10/1/2019 | | Apply Charges | A1 - ASSESSMENT | $193.00 | |
| 10/11/2019 | $193.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($193.00) | |
| 11/1/2019 | | Apply Charges | A1 - ASSESSMENT | $193.00 | |
| 11/8/2019 | $193.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($193.00) | |
| 12/1/2019 | | Apply Charges | A1 - ASSESSMENT | $193.00 | |
| 12/20/2019 | $20.00 | Cash Receipts - Lockbox | 01 - Late Fees | ($20.00) | |
| 12/20/2019 | $193.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($193.00) | |
| 12/20/2019 | | Apply Late Fee | 01 - Late Fees | $20.00 | |
| 1/1/2020 | | Apply Charges | A1 - ASSESSMENT | $212.00 | |
| 1/17/2020 | $1.00 | Cash Receipts - Lockbox | 01 - Late Fees | ($1.00) | |
| 1/17/2020 | $212.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($212.00) | |
| 2/1/2020 | | Apply Charges | A1 - ASSESSMENT | $212.00 | |
| 2/14/2020 | $1.00 | Cash Receipts - Lockbox | 01 - Late Fees | ($1.00) | |
| 2/14/2020 | $212.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($212.00) | |
| 3/1/2020 | | Apply Charges | A1 - ASSESSMENT | $212.00 | |
| 3/13/2020 | $1.00 | Cash Receipts - Lockbox | 01 - Late Fees | ($1.00) | |

| Date | Payments | Description | Code | Amount | Balance |
|---|---|---|---|---|---|
| 3/13/2020 | $212.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($212.00) | |
| 4/1/2020 | | Apply Charges | A1 - ASSESSMENT | $212.00 | |
| 4/10/2020 | $1.00 | Cash Receipts - Lockbox | 01 - Late Fees | ($1.00) | |
| 4/10/2020 | $212.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($212.00) | |
| 4/29/2020 | $16.00 | Cash Receipts - Lockbox | 01 - Late Fees | ($16.00) | |
| 5/1/2020 | | Apply Charges | A1 - ASSESSMENT | $212.00 | |
| 5/8/2020 | $1.00 | Cash Receipts - Lockbox | PP - Credit-Prepaid | ($1.00) | |
| 5/8/2020 | $212.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($212.00) | |
| 6/1/2020 | | Apply PrePaids | A1 - ASSESSMENT | ($1.00) | |
| 6/1/2020 | | Apply Charges | A1 - ASSESSMENT | $212.00 | |
| 6/5/2020 | $2.00 | Cash Receipts - Lockbox | PP - Credit-Prepaid | ($2.00) | |
| 6/5/2020 | $211.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($211.00) | |
| 7/1/2020 | | Apply PrePaids | A1 - ASSESSMENT | ($2.00) | |
| 7/1/2020 | | Apply Charges | A1 - ASSESSMENT | $212.00 | |
| 7/3/2020 | $3.00 | Cash Receipts - Lockbox | PP - Credit-Prepaid | ($3.00) | |
| 7/3/2020 | $210.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($210.00) | |
| 8/1/2020 | | Apply PrePaids | A1 - ASSESSMENT | ($3.00) | |
| 8/1/2020 | | Apply Charges | A1 - ASSESSMENT | $212.00 | |
| 8/14/2020 | $4.00 | Cash Receipts - Lockbox | PP - Credit-Prepaid | ($4.00) | |
| 8/14/2020 | $209.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($209.00) | |
| 9/1/2020 | | Apply PrePaids | A1 - ASSESSMENT | ($4.00) | |
| 9/1/2020 | | Apply Charges | A1 - ASSESSMENT | $212.00 | |
| 9/11/2020 | $5.00 | Cash Receipts - Lockbox | PP - Credit-Prepaid | ($5.00) | |
| 9/11/2020 | $208.00 | Cash Receipts - Lockbox | A1 - ASSESSMENT | ($208.00) | |
| 9/30/2020 | | Adjustment | PP - Credit-Prepaid | ($5.00) | ($5.00) |
| 10/1/2020 | | Apply Charges | A1 - ASSESSMENT | $212.00 | $207.00 |
| 10/1/2020 | | Apply PrePaids | A1 - ASSESSMENT | ($5.00) | $207.00 |
| 10/23/2020 | | Apply Late Fee | 01 - Late Fees | $20.00 | $227.00 |
| 10/23/2020 | $213.00 | Check: 297002947 | A1 - ASSESSMENT | ($207.00) | $20.00 |
| | | | 01 - Late Fees | ($6.00) | $14.00 |
| 11/1/2020 | | Apply Charges | A1 - ASSESSMENT | $212.00 | $226.00 |
| 11/13/2020 | $213.00 | Check: 318002427 | A1 - ASSESSMENT | ($212.00) | $14.00 |
| | | | 01 - Late Fees | ($1.00) | $13.00 |

| Date | Payments | Description | Code | Amount | Balance |
|---|---|---|---|---|---|
| 12/1/2020 | | Apply Charges | A1 - ASSESSMENT | $212.00 | $225.00 |
| 12/18/2020 | $213.00 | Check: 0353002116 | A1 - ASSESSMENT | ($212.00) | $13.00 |
| | | | 01 - Late Fees | ($1.00) | $12.00 |
| 1/1/2021 | | Apply Charges | A1 - ASSESSMENT | $227.00 | $239.00 |
| 1/20/2021 | | Apply Late Fee | 01 - Late Fees | $20.00 | $259.00 |
| 1/29/2021 | $213.00 | Check: 29007108 | A1 - ASSESSMENT | ($213.00) | $46.00 |
| 2/1/2021 | | Apply Charges | A1 - ASSESSMENT | $227.00 | $273.00 |
| 2/12/2021 | $213.00 | Check: 0043002421 | A1 - ASSESSMENT | ($213.00) | $60.00 |
| 3/1/2021 | | Apply Charges | A1 - ASSESSMENT | $227.00 | $287.00 |
| 3/12/2021 | $213.00 | Check: 71001881 | A1 - ASSESSMENT | ($213.00) | $74.00 |
| 4/1/2021 | | Apply Charges | A1 - ASSESSMENT | $227.00 | $301.00 |
| 4/20/2021 | | Apply Late Fee | 01 - Late Fees | $20.00 | $321.00 |
| 4/23/2021 | $213.00 | Check: 113002902 | A1 - ASSESSMENT | ($213.00) | $108.00 |
| 5/1/2021 | | Apply Charges | A1 - ASSESSMENT | $227.00 | $335.00 |
| 5/21/2021 | $213.00 | Check: 141001607 | A1 - ASSESSMENT | ($213.00) | $122.00 |
| 6/1/2021 | | Apply Charges | A1 - ASSESSMENT | $227.00 | $349.00 |
| 6/18/2021 | $213.00 | Check: 169001956 | A1 - ASSESSMENT | ($213.00) | $136.00 |
| 7/1/2021 | | Apply Charges | A1 - ASSESSMENT | $227.00 | $363.00 |
| 7/20/2021 | | Apply Late Fee | 01 - Late Fees | $20.00 | $383.00 |
| 8/1/2021 | | Apply Charges | A1 - ASSESSMENT | $227.00 | $610.00 |
| 8/13/2021 | $215.00 | Check: 225001960 | A1 - ASSESSMENT | ($215.00) | $395.00 |
| 9/1/2021 | | Apply Charges | A1 - ASSESSMENT | $227.00 | $622.00 |
| 9/14/2021 | $213.00 | Check: 257001250 | A1 - ASSESSMENT | ($213.00) | $409.00 |
| 10/1/2021 | | Apply Charges | A1 - ASSESSMENT | $227.00 | $636.00 |
| 10/20/2021 | | Apply Late Fee | 01 - Late Fees | $20.00 | $656.00 |
| 11/1/2021 | | Apply Charges | A1 - ASSESSMENT | $227.00 | $883.00 |
| 11/18/2021 | | Apply Late Fee | 01 - Late Fees | $20.00 | $903.00 |
| 12/1/2021 | | Apply Charges | A1 - ASSESSMENT | $227.00 | $1,130.00 |
| 12/1/2021 | $227.00 | Check: 110049 | A1 - ASSESSMENT | ($227.00) | $903.00 |
| 1/1/2022 | | Apply Charges | A1 - ASSESSMENT | $239.00 | $1,142.00 |
| 1/20/2022 | $227.00 | Check: 565442 | A1 - ASSESSMENT | ($227.00) | $915.00 |
| 2/1/2022 | | Apply Charges | A1 - ASSESSMENT | $239.00 | $1,154.00 |
| 2/14/2022 | $227.00 | Check: 862379 | A1 - ASSESSMENT | ($227.00) | $927.00 |
| 3/1/2022 | | Apply Charges | A1 - ASSESSMENT | $239.00 | $1,166.00 |
| 3/11/2022 | $227.00 | Check: 262221 | A1 - ASSESSMENT | ($227.00) | $939.00 |
| 4/1/2022 | | Apply Charges | A1 - ASSESSMENT | $239.00 | $1,178.00 |
| 4/4/2022 | $227.00 | Check: 568813 | A1 - ASSESSMENT | ($227.00) | $951.00 |
| 5/1/2022 | | Apply Charges | A1 - ASSESSMENT | $239.00 | $1,190.00 |
| 5/4/2022 | $227.00 | Check: 860846 | A1 - ASSESSMENT | ($227.00) | $963.00 |
| 5/26/2022 | $239.00 | Check: 263633 | A1 - ASSESSMENT | ($239.00) | $724.00 |
| 6/1/2022 | | Apply Charges | A1 - ASSESSMENT | $239.00 | $963.00 |
| 6/19/2022 | | Apply Late Fee | 01 - Late Fees | $20.00 | $983.00 |
| 7/1/2022 | | Apply Charges | A1 - ASSESSMENT | $239.00 | $1,222.00 |
| 7/19/2022 | | Apply Late Fee | 01 - Late Fees | $20.00 | $1,242.00 |
| 8/1/2022 | | Apply Charges | A1 - ASSESSMENT | $239.00 | $1,481.00 |
| 8/10/2022 | $223.00 | Check: 861402 | A1 - ASSESSMENT | ($223.00) | $1,258.00 |
| 9/1/2022 | | Apply Charges | A1 - ASSESSMENT | $239.00 | $1,497.00 |

| Date | Payments | Description | Code | Amount | Balance |
|---|---|---|---|---|---|
| 9/19/2022 | | Apply Late Fee | 01 - Late Fees | $20.00 | $1,517.00 |
| 10/1/2022 | | Apply Charges | A1 - ASSESSMENT | $239.00 | $1,756.00 |
| 10/11/2022 | $223.00 | Check: 693425 | A1 - ASSESSMENT | ($223.00) | $1,533.00 |

Shaded transactions were imported from another application.

UNOFFICIAL COPY

**FRED BUCHOLZ**
DUPAGE COUNTY RECORDER
AUG.31,2012   RHSP   3:04 PM
OTHER   08-24-306-021
029 PAGES   R2012-120361

This Space Reserved for Recorder of Deeds

AMENDED AND RESTATED
DECLARATION OF COVENANTS,
CONDITIONS AND RESTRICTIONS
OF WOODRIDGE CENTER TOWN
HOME OWNER'S ASSOCIATION

THIS AMENDED AND RESTATED DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF WOODRIDGE CENTER TOWN HOME OWNER'S ASSOCIATION ("Amended and Restated Declaration") is made by the Board of Directors of Woodridge Center Town Home Owner's Association ("Association") as of the date set forth below, effective on the date of recording with the DuPage County Recorder of Deeds.

WITNESSETH:

WHEREAS, the Association is subject to a Declaration of Covenants, Conditions and Restrictions recorded with the DuPage County Recorder of Deeds on June 3, 1975 as document number R75-25274 ("Original Declaration").

WHEREAS, the Illinois legislature has enacted changes to the laws related to townhome associations in the Illinois Common Interest Community Association Act, Illinois Condominium Property Act, and in the Illinois Not-for-Profit Corporations since the time of recording the Original Declaration, which the Board of Directors of the Association desires to incorporate into this Amended and Restated Declaration and into the Amended and Restated By-Laws, a copy of which such Amended and Restated By-Laws attached hereto as Exhibit "A".

WHEREAS, the Board of Directors of the Association hereby amends and restates the terms of the Association's Original Declaration and By-Laws, and hereby enacts this Amended and Restated Declaration and the Amended and Restated By-Laws attached as Exhibit "A" hereto.

ARTICLE I
DEFINITIONS

Section 1. "Association" shall mean and refer to WOODRIDGE CENTER TOWN HOME OWNERS' ASSOCIATION, an Illinois not for profit corporation, its successors and assigns.

Section 2. "Board of Directors" or "Board" shall mean the group of people elected by the Unit Owners as the governing body to exercise for the Unit Owners of the Association all powers, duties and authority vested in the Board of Directors under the Illinois Common Interest Community Association Act, as may be amended from time to time.

Section 3. "Common Area" means the portion of the property other than a unit.

Section 4. "Common Expenses" shall mean the proposed or actual expenses affecting the Property, including reserves, if any, lawfully assessed by he Association.

1

FRED BUCHOLZ   R2012-120361   DUPAGE COUNTY RECORDER

UNOFFICIAL COPY

## ARTICLE III
## MEMBERSHIP AND VOTING RIGHTS

Section 1. Every Owner of a Unit which is subject to assessment shall be a member of the Association. Membership shall be appurtenant to and may not be separated from ownership of any Unit which is subject to assessment.

Section 2. The Association shall have one class of voting membership. All Owners shall be entitled to one vote for each Unit owned. When more than one person holds an interest in any Unit, all such persons shall be members. The vote for such Unit shall be exercised as they among themselves shall determine, but in no event shall more than one vote be cast with respect to any Unit.

Section 3. The Association may suspend the voting rights of an Owner for any period during which any assessment against his Unit remains unpaid.

## ARTICLE IV
## COVENANT FOR ASSESSMENTS

Section 1. Creation of the Lien and Personal Obligation of Assessments. Each owner of any Unit by acceptance of a deed therefore (whether or not it shall be expressed in such deed) is deemed to covenant and agree to pay to the Association and the Organization, as the case may be: (1) annual and special assessments and charges of the Association, (2) annual and special assessments and charges of the Organization, and (3) individual special assessments and charges leveled against individual Unit Owners to reimburse the Association or the Organization, as the case may be, for extra costs of maintenance and repairs (as provided in Article V hereof), such assessments to be established and collected as hereinafter provided.

The annual, special and capital assessments, together with interest, costs, and reasonable attorneys' fees, shall be a charge on the land and shall be a continuing lien upon the property against which each such assessment is made. Each such assessment, together with interest, costs, and reasonable attorneys' fees, and such expenses as are referenced in Article XI, Section 1 of the Amended and Restated By-Laws, shall also be the personal obligation of the person who was the Owner of such property at the time when the assessment fell due. The personal obligation for delinquent assessments shall not pass to his successor in title unless expressly assumed by said successor.

Section 2. Purpose of Assessment. The assessments levied by the Association shall be used to promote the recreation, health, safety, and welfare of the members, and for the improvement and maintenance of the Common Area, including but not limited to private streets and driveways, walkways and private drainage facilities and of the homes situated upon the Properties as more particularly set forth in Article V hereof.

The assessment levied by the Organization shall be used to promote the recreation, health, safety and welfare of its members and for the improvement and maintenance of its Properties and recreational facilities in which it has an interest by way of lease, easement or fee title.

4

UNOFFICIAL COPY

Section 3. Uniform Rate of Assessment. Both annual and special assessments of the Association and of the Organization must be fixed at a uniform rate for all Units and may be collected on a monthly, bi-monthly or quarterly basis at the option of the respective Board of Directors of the Association and of the Organization.

Section 4. Date and Commencement of Annual Assessments; Due Dates. The Board of Directors of both the Association and Organization shall fix the amount of the annual assessment against each Unit at least thirty (30) days in advance of each annual assessment period. Written notice of the annual assessment shall be sent to every Owner subject thereto. The due dates shall be established by the Boards of Directors of both the Association and Organization. The Association or Organization shall, upon demand, and for a reasonable charge, furnish a certificate signed by an office of the Association or Organization setting forth whether the assessments on a specific Unit have been paid.

Section 5. Effect of Nonpayment of Assessments: Remedies of the Association and Organization. Any assessment not paid within thirty (30) days after the due date shall bear interest from the due date at the rate of six per cent (6%) per annum. The Association and Organization may jointly or separately, and without limitation of any other remedy which they may have at law or in equity, bring an action at law against the Owner personally obligated to pay the same, or take possession of or foreclose the lien against the property. No Owner may waive or otherwise escape liability for the assessments provided for herein by non-use of the property owned or controlled by the Organization or the Common Area of the Association, or by abandonment of his Unit.

Section 10. Subordination of the Lien to Mortgage. The lien of the assessments provided for herein shall be subordinated to the lien of any first mortgage. The sale or transfer of any Unit shall not affect the assessment lien. However, the sale or transfer of any Unit pursuant to mortgage foreclosure or any proceeding in lieu thereof, shall extinguish the lien of such assessments as to payments which became due prior to such sale or transfer. No sale or transfer shall relieve such Unit from liability for any assessments thereafter becoming due or from the lien thereof.

ARTICLE V<br>MAINTENANCE

The Association shall have the duty to maintain the Common Area and any improvements thereon and the Association shall also provide exterior maintenance upon each Unit which is subject to assessment hereunder, as follows: Paint (to the extent that the following items or portions thereof are customarily painted), repair, replace and care for roofs, gutters, downspouts, exterior building surfaces, trees, shrubs, grass, walks, and other exterior improvements. Such exterior maintenance shall not include glass or screen surfaces or patio ground areas.

In the event that the need for maintenance or repairs is caused through the willful or negligent act of an Owner, his family, tenants, guests, or invitees, the cost of such maintenance and repairs shall be added to and become part of the assessment to which Owner's Unit is subject. Without limitation of the foregoing, the Owner shall pay the Association the amount of such costs within

FRED BUCHOLZ        R2012-120361        DUPAGE COUNTY RECORDER

## ARTICLE XI
## SURFACE WATERS

Each owner of a Unit in the Properties agrees for himself and his assigns that he will not in any way interfere with the established drainage pattern over his Unit, from adjoining or other Units in the Properties, or that he will make adequate provisions for proper drainage in the event it is necessary to change the established drainage over his Unit.

## ARTICLE XII
## GENERAL PROVISIONS

Section 1. Enforcement. The Association, Organization, and any Owner, or any of them, shall have the right to enforce, by any proceeding at law or in equity, all restrictions, conditions, covenants, reservations, liens and charges now or hereafter imposed by the provisions of this Declaration. Failure by the Association, Organization, or by any Owner to enforce any covenant or restriction herein contained shall in no event be deemed a waiver of rights to do so thereafter. All expenses of the Organization, Association and Owner, as the case may be, in connection with such actions or proceedings, including court costs and attorneys fees and other fees and expenses, and all damages liquidated or otherwise, together with interest thereon at the rate of 6% per annum until paid, shall be charged to and assessed against such defaulting Owner, and shall be added to and deemed part of the assessment against his Unit. Any and all of such rights and remedies may be exercised at any time and from time to time, cumulatively or otherwise, by the Organization, Association or Unit Owners, as the case may be.

Section 2. Severability. Invalidation of nay of one of these covenants or restrictions by judgment or court order shall in no wise affect any other provisions which shall remain in full force and effect.

Section 3. Easements Appurtenant. All easements herein described are easements appurtenant, running with the land; they shall at all times inure to the benefit of and be binding on the undersigned, all its grantees and their respective heirs, successors, personal representatives or assigns, perpetually in full force and effect. Reference in the respective deeds of conveyance, or in any mortgage or trust deeds or other evidence of obligation, to the easements and covenants herein described shall be sufficient to create and reserve such easements and covenants to the respective grantees, mortgagees or trustees of said parcels as fully and completely as though said easements and covenants were fully recited and set forth in their entirety in such documents.

Section 4. Amendment. The covenants and restrictions of this Amended and Restated Declaration shall run with and bind the Properties for a term of twenty (20) years from the date that this Amended and Restated Declaration is recorded, after which time they shall automatically extended for successive periods of ten (10) years. This Declaration shall be amended by an instrument signed by not less than seventy-five per cent (75%) of the Unit Owners provided that no amendment which amends Section 5 of this Article XII shall be effective until such amendment shall be approved in writing by the Village of Woodridge, which approval shall not be unreasonably withheld provided that the Declaration, after such

FRED BUCHOLZ    R2012-120361    DUPAGE COUNTY RECORDER